F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT of the NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No. CR 07- 00010 |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| v. ) | Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1) |
| ) | |
| QIU, ZHI LI, ) | Distribution of a Controlled Substance (Counts 1 and 2) |
| ) | |
| Defendant. ) | |

The Grand Jury Charges that:

**COUNT 1**
(Distribution of a Controlled Substance)

On or about November 15, 2006, within the District of the Northern Mariana Islands, Defendant QUI ZHI LI knowingly and intentionally distributed a controlled substance, that is, methamphetamine in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1).

**COUNT 2**
(Distribution of a Controlled Substance)

On or about March 28, 2007, within the District of the Northern Mariana Islands, Defendant QUI ZHI LI knowingly and intentionally distributed a controlled substance, that is,

methamphetamine in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1).

DATED this 3rd day of , 2007.

A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney