| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LEONARDO M. RAPADAS<br>United States Attorney<br>CRAIG N. MOORE<br>Assistant United States Attorney<br>DISTRICT OF THE NORTHERN<br>   MARIANA ISLANDS<br>Horiguchi Building, Third Floor<br>P.O. Box 500377<br>Saipan, MP 96950<br>Telephone: (670) 236-2982<br>Fax: (670) 236-2985 |

F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

7  Attorneys for United States of America

8  UNITED STATES DISTRICT COURT

9  NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>QIU, ZHI LI,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 07-00010<br><br>**ORDER** |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

*[signature]*
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE