AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

Plaintiff,

V.

QIU, ZHI LI,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 07 - 00010

**FILED** Clerk District Court

MAY 30 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___**QIU, ZHI LI**___
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of a Controlled Substance (Counts 1-2)**

**RECEIVED**

MAY 04 2007

US MARSHALS SERVICE-CNMI

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and (b)(1)__

and in violation of Title ____ United States Code, Section (s) _____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 5-4-07      SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ NO BAIL | by /s/ Alex R. Munson |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at CNMI, Saipan
Susupe DMV Complex

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04 MAY 07 | Bruce James BJ USM | /s/ Bruce James |
| DATE OF ARREST | | |
| 30 MAY 07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____