MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
*******************************************************************

CR-07-00010 May 31, 2007
8:10 a.m.

**UNITED STATES OF AMERICA  -v- QIU, ZHI LI**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
K. LYNN LEMIEUX, COURTROOM DEPUTY
SANAE N. SHMULL, COURT REPORTER
QIU, ZHI LI, DEFENDANT
ROBERT TORRES, ATTORNEY FOR DEFENDANT
ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
CRAIG MOORE, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:   INITIAL APPEARANCE/**ARRAIGNMENT**

Defendant appeared with court-appoint counsel, Attorney Robert Torres.  Government was represented by Craig Moore and Eric O' Malley, AUSAs.

Defense stated that they were ready to proceed with the Arraignment.

Norman Xing was sworn as interpreter/translator of the Mandarin language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted court appointed counsel.   After review of the financial affidavit, Court appointed Attorney Robert Torres, Nunc Pro Tunc.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him.  Court set jury trial for **JULY 2, 2007  at 9:00 a.m.**  Pretrial motions shall be filed by **June 14, 2007.**

Government moved that the defendant be held without bail pending trial in this matter.  No argument from the Defense at this time regarding bail and reserved the right to bring this matter before the Court at a later time.

      Court granted the Government's motion, without prejudice, and remanded the defendant into the custody of the U.S. Marshal until further order of the Court.

      Government moved to unseal this case. Court so ordered.

      Attorney Torres moved the Court to appoint Norman Xing as interpreter for this case. Court so ordered.

      Adjourned at 8:25 a.m.

      /s/K. Lynn Lemieux, Courtroom Deputy