**Robert Tenorio Torres**
**Attorney at Law**
Plata Dr., Whispering Palms
Chalan Kiya
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QIU, ZHI LI<br><br>Defendant. | Criminal Case No. 07-00010.<br><br>**STIPULATED REQUEST FOR STATUS CONFERENCE** |

Defendant through Counsel Robert T. Torres hereby requests to schedule a Status Conference in the above matter. The requested Status Conference will be to address the defendant's **IDENTITY** before this court. Plaintiff also agrees to hold this Status Conference on June 11, 2007 at 9:00 am.

Respectfully submitted this  7th  day of June, 2007.


   /s/
Robert T. Torres, F0197
Attorney for Mr. Qiu, Zhi Li