# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-07-00010 June 11, 2007
9:25 a.m.

### UNITED STATES OF AMERICA  -v- QIU, ZHI LI

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
K. LYNN LEMIEUX, COURTROOM DEPUTY
SANAE N. SHMULL, COURT REPORTER
QIU, ZHI LI, DEFENDANT
ROBERT TORRES, ATTORNEY FOR DEFENDANT
CRAIG MOORE, ASSISTANT U.S. ATTORNEY

PROCEEDINGS: **Motion to Correct Identity**

Defendant appeared with court-appoint counsel, Attorney Robert Torres.  Government was represented by Craig Moore, AUSAs.

Norman Xing was present and sworn as interpreter/translator of the Mandarin language.

Attorney Torres moved the Court to have correct, on the record, the defendant's full name.

Defendant was sworn.

Defendant was examined as to his true name; whether he had used any other names, and whose name he had previously used.  Defendant stated that his true name was **QIU, ZHI YUN**.  He stated that he had previously used his brother's name; QIU, ZHI  LI.  Further, he admitted to using his older brother's birth date.

Court ordered that the indictment, and all previous pleadings in this case,  would reflect the intention of this hearing and that this defendant's true name is QIU, ZHI YUN.

Court ordered that the trial date would remain the same.  Defense counsel moved to have the motions moved to June 21, 2007.  Government had no objections.  Court so ordered.

Defendant was remanded back into the custody of the U.S. Marshal.

Adjourned at 9:35 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy