FILED
Clerk
District Court

JUN 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

|  |  |
|---|---|
| UNITED STATES of AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>QUI, ZHI LI<br><br>　　　　　Defendant. | Case No.: No. 07-00010<br><br>**WAIVER OF SPEEDY TRIAL**<br><br>Hearing Date: June 27, 2007<br>Hearing Time: 8:00 a.m.<br>Judge:　　　　Hon. Alex R. Munson |

　　　I, QUI, ZHI YUN, a/k/a/ "QUI, ZHI LI," named as the defendant in the above-captioned case, having been fully advised of my rights to a speedy trial, and having been advised that this right is granted to me by the Constitution of the United States and by federal case and statutory law interpreting the Constitution, and having been fully advised that my trial can only be set outside the time limits of the Speedy Trial Act if I waive my right to a speedy trial, do hereby waive my right to a speedy trial freely and without coercion and request that the time from the execution of this waiver up to and including September 30, 2007, be excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act.

　　　I request the Court to find from the representations made by myself and my attorney in open court, and the Assistant United States Attorney responsible for this case that this waiver is in my best interest and that the ends of justice served by allowing this continuance of trial outweigh any other interest that I or the general public may have in a speedy trial as defined by

the United States Constitution, the Federal Rules of Criminal Procedure and the statutory and case law of the United States.

_____
QUI, ZHI YUN
a/k/a/ "QUI, ZHI LI"
Defendant

_____
ROBERT TENORIO TORRES
Counsel for Defendant

### INTERPRETER'S CERTIFICATION

I orally translated the foregoing waiver of speedy trial in its entirety for the defendant from English into his native language. He indicated to me in his native language that he understood its contents.

DATED: 6-28-07                                    _____
                                                  QUALIFIED INTERPRETER