# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00010                                              June 27, 2007
                                                          8:10 a.m.

### U.S.A. -v- QUI, ZHI YUN

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            SANAE SHMULL, COURT REPORTER
            MICHELLE MACARANAS, DEPUTY CLERK
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            QUI, ZHI YUN, DEFENDANT
            ROBERT TORRES, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

   Defendant was present with court appointed counsel, Attorney Robert Torres. Government by Craig Moore, AUSA.

   Norman Xiang was sworn as interpreter/translator for the defendant.

   Defendant stated that he and his attorney needed more time to prepare for trial.

   Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

   The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defendant further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including September 30, 2007 and that jury trial would commence on **Monday, September 17, 2007 at 9:00 a.m.** in this courtroom.

   Court ordered that the defendant be remanded back into the custody of the U.S. Marshal.

                                        Court adjourned at 8:20 a.m.

                                        /s/ Michelle Macaranas, Deputy Clerk