Robert Tenorio Torres
Attorney at Law
Plata Dr., Whispering Palms
Chalan Kiya
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QIU, ZHI YUN<br><br>Defendant. | Criminal Case No. 07-00010<br><br>**STIPULATION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS** |

COME NOW, Plaintiff United States of America, through Assistant U.S. Attorney Craig N. Moore, and Defendant Qiu, through Counsel Robert T. Torres, and hereby stipulate to extend the deadline for pretrial motions.

Trial in this case was scheduled to begin on July 2, 2007. However, on June 26, 2007, the parties appeared before this Court for a hearing, where the Defendant waived his right to a speedy trial. The Court rescheduled the jury trial to commence on September 17, 2007 at 9:00 a.m.

In light of this, Counsel agree that the deadline for pretrial motions, which was on June 14, 2007, should also be extended because of the later trial date. Counsel

respectfully suggest a new deadline of August 20, 2007 to file pretrial motions.

SO STIPULATED this 27th day of June, 2007.

| _/s/ Craig N. Moore_ | _/s/ Robert T. Torres_ |
|---|---|
| CRAIG N. MOORE | ROBERT T. TORRES |
| Assistant U.S. Attorney | Attorney for Defendant |

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859