Robert Tenorio Torres
Attorney at Law
Plata Dr., Whispering Palms
Chalan Kiya
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant

F I L E D
Clerk
District Court

JUN 2 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QIU, ZHI YUN<br><br>Defendant. | Criminal Case No. 07-00010<br><br>[Proposed] ORDER |

For good cause shown, the parties' stipulation to extend the deadline to file pretrial motions is hereby GRANTED. The parties shall be allowed to file pretrial motions no later than **August 20, 2007**.

IT IS SO ORDERED this 29th day of June, 2007.

_____
HON. ALEX R. MUNSON
United States District Court Judge

RECEIVED

JUN 2 8 2007

Clerk
District Court
The Northern Mariana Islands