# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* CR-07-00010-001                                                August 30, 2007
                                                                  10:30 a.m.

### UNITED STATES OF AMERICA  -vs- QIU, ZHI LI

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER CRAIG
           MOORE, ASSISTANT U.S. ATTORNEY ROBERT
           TORRES, ATTORNEY FOR DEFENDANT QIU, ZHI
           ,LI, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA.**

   Defendant appeared with counsel, Attorney Robert Torres.  Government was represented by Craig Moore,  AUSA.

   Norman Xing was sworn as interpreter/translator of the Mandarin language.

   Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the Court.

   Court reviewed each of the charges, in the indictment, with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of **GUILTY .**  Court found that the defendant was fully competent to enter a knowing and voluntary  plea.  Court accepted the plea of guilty.

   Court ordered  a  Presentence Investigation Report be submitted by October 30, 2007 and that the **Sentencing hearing be set for Tuesday, December 4, 2007 at 9:00 a.m.**

   Defendant was remanded into the custody of the U.S. Marshal.

                                                         Adjourned at 11:10 a.m.


                                                         /s/K. Lynn Lemieux, Courtroom Deputy