Robert Tenorio Torres
Attorney at Law
Plata Dr., Whispering Palms
Chalan Kiya
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal Case No. 07-00010 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO RESET SENTENCING DATE |
| QIU, ZHI YUN | [Proposed] Order |
| Defendant. | |

The parties in the above-captioned matter, through their respective counsel, hereby stipulate and request that this Court reset the Sentencing date in this case. The matter is currently scheduled to be heard on **December 4th 2007, at 9:00am.**, before the Honorable Alex R. Munson. Parties are pursuing additional considerations as part of sentencing which is in the interest of justice.

For the above reasons, Counsel respectfully request this Court to reset Sentencing to *January 23, 2008 at 10:30 a.m.*.

**SO STIPULATED** this 3rd day of December, 2007.

| | |
|---|---|
| /s/ | /s/ |
| *Robert T. Torres* | *Craig N. Moore* |
| ROBERT T. TORRES, [F0197] | CRAIG N. MOORE |
| Attorney for Defendant | Attorney for Plaintiff |

## ORDER

For good cause shown by the parties, it is hereby **ORDERED** that Sentencing scheduled for December 04, 2007 at 9:00 a.m. be reset to **January 23, 2008 at 10:30 a.m.** All parties are to appear on that date and time.

**IT IS SO ORDERED** this _____ day of December, 2007.

                                                 Honorable Alex R. Munson
                                                 Chief Judge

*Robert Tenorio Torres, Attorney at Law — 1st Floor ~ D'Torres Building ~ Garapan — P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859*